## Jackson, *ex dem.* Heet and Gourley, *against* Bush.

A person who
had settled on
land, in the
military tract,
under colour
of a *bona
fide* purchase,
made prior to
the 5th *April*,
1803, cannot be
put out of pos-
session, until
he is paid for
his improve-
ments, accord-
ing to the act
of the 5th of
*April*, 1803.
(Laws of *N. Y.*
v. 3. p. 399.
sect. 2.)

THIS was an action of *ejectment*, for part of lot no.
34. in the town of *Aurelius*, in the county of *Cayuga*.
The cause was tried before Mr. Justice *Spencer*, at the
*Cayuga* circuit, in *July*, 1808.

Upon the trial, the plaintiff gave in evidence, a patent
for the lot, to one *Christian Blue :* an act of the legisla-
ture, passed the 7th *April*, 1806, for the relief of *Heet*,
one of the lessors of the plaintiff ; and a patent for the
premises, to *Heet*, from the commissioners of the land-
office, in pursuance of the said act.  He also proved, that
*Blue* died before the 27th *March*, 1783, to wit, in the
year 1781, without issue.

The defendant gave in evidence, a deed from one *John
Hegeman* to *Austin* and *Tyler*, dated the 14th *December*,
1794, for 450 acres of the lot, including the premises,

and a deed from *Tyler* to the defendant, dated 15th April, 1803, for 120 acres, being the premises in question. The defendant was in possession prior to the 5th *April*, 1803, had paid a considerable part of the consideration money, and had made large improvements prior to the 5th *April*, 1803. The jury gave a verdict for the plaintiff, and also found the *fact*, that the defendant had settled under colour of a *bona fide* purchase, made prior to the 5th *April*, 1803. A question was reserved, whether the plaintiff should be permitted to sue out execution, until he had paid for the improvements, deducting a reasonable compensation for the use and occupation of the land.

NEW-YORK,
Nov. 1808.

Jackson
v.
Bush.

*Henry*, for the plaintiff.

*Richardson*, for the defendant,

*Per Curiam.* The defendant is entitled to compensation for his improvements, as he brings his case within the 2d section of the act of the 5th *April*, 1803. The act of the 7th *April*, 1806, granting the lot to one of the lessors of the plaintiff, does not interfere with the provision in the act of 1803. It only vests the lot in *Heet*, as fully as if he had been the lawful heir of *Blue ;* and assuming him to be such heir, he is, nevertheless, bound by the former act, to pay for the improvements. The two acts can have full operation, without impairing the provisions of either.

Judgment for the plaintiff.